UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | ) | |
|---|---|---|
| **RUFUS DAVIS**, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | C.A. No. 07-2262 (RWR) |
| | ) | |
| v. | ) | |
| | ) | |
| **KEITH BLAKELY**, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## PRAECIPE

The Clerk of the Court will please accept for filing the attached "Motion to Extend Time for Service Upon the Individual Defendants and to Accept Service Upon Municipal Defendant Beyond Deadline." Pursuant to 28 U.S.C. § 1446(a), the attached motion, which had been filed in the Superior Court of the District of Columbia while the above-captioned matter was still pending in that Court, was required to be filed by the District of Columbia along with its Notice of Removal and was inadvertently omitted from the filing.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division


     /s/  Nicole L. Lynch
NICOLE L. LYNCH (471953)
Chief, Section II

      /s/ Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| Rufus Davis, et al. | ) | Case No. 2007 CA 006312 B |
| | ) | Judge Terrell |
| v. | ) | Calendar Five |
| | ) | Sched. Conf.: January 4, 2008 |
| Keith Blakeley, et al. | ) | |

### MOTION TO EXTEND TIME FOR SERVICE UPON INDIVIDUAL DEFENDANTS AND TO ACCEPT SERVICE UPON MUNICIPAL DEFENDANT BEYOND DEADLINE

Plaintiffs Rufus Davis and Michael Dotson, by and through their attorney, hereby move for an extension of time to serve the individual defendants and to accept as timely filed service upon the District of Columbia despite passage of the sixty (60) day deadline set forth in SCR 4. Plaintiffs have not been able to seek consent from the individual defendants because they have not been served and the District off Columbia was served three business days ago. Thus, plaintiffs have not been able to obtain or even seek consent. This motion should be granted for the following reasons:

1. On September 14, 2007 plaintiffs filed suit against Metropolitan Police Officers Keith Blakely, Larry Murchison, Ali-Baba Roberts, various John Doe MPD police officers and the District of Columbia for, inter alia, use of excessive, dangerous force assault, battery, false arrest and violation of constitutional rights (42 U.S.C. 1983) based on a September 18, 2006 incident in the 4200 block of Brooks Street, N.E., Washington, D.C. in which Mr. Davis was shot almost fatally and Mr. Dotson was placed in extreme fear of same.

2. As set forth in the Complaint, the individual officers are the primary tortfeasors in the instant action. The District of Columbia's liability is based primarily on a respondeat superior theory.

3. On November 16, 2007 the summons and complaint were personally served on the District of Columbia, two days late and only one business day ago. The District of Columbia has not as yet

1

answered. The deadline for serving the three known individual officers was November 14, 2007.

4. The individual officers have not been served primarily because the cost of serving police officers is usually substantial, or at least more so than most civilian defendants, and the plaintiffs have not as yet raised the funds to pay for that expense. Additionally, as with many 1983 cases, the primary plaintiff, Rufus Davis, is incarcerated awaiting trial based upon criminal allegations that arose from the same incident that gives rise to this action. Accordingly, the undersigned is concerned about the impact of this matter upon Mr. Davis' Fifth Amendment rights and wanted to delay as long as possible his version of events. As trial is set for early December, 2007 the undersigned is not uncomfortable about affecting service shortly after that date, particularly as the undersigned has hired a very skilled investigator, namely Olga Shepperd, who is well experienced with the special efforts often needed to serve police officers, to affect service. Therefore, it is respectfully requested that this Court extend the service deadline for the individual officers to January 17, 2008.

5. Delay in serving the District of Columbia stemmed from the same reluctance to disclose plaintiffs' version of events in advance of Mr. Davis' criminal trial, before the deadline became too ominous. Moreover, the undersigned erred in overlooking the deadline because of his focus upon finishing two briefs in the D.C. Court of Appeals during the last ten days. However, one day after the deadline, the undersigned realized the deadline had passed and took immediate steps to affect service upon the District of Columbia with the assistance of a handy and available process server other than Ms. Shepperd.

6. This Court should accept the service upon the District of Columbia as timely affected because the deadline was missed by only two days. Therefore, there will be no prejudice or

inconvenience to the District of Columbia or the individual officers and good cause exists given the axiom of American jurisprudence that disputes are best resolved on their merits. Likewise, this Court should allow plaintiffs sixty (60) additional days to serve the individual officers.

WHEREFORE, for the reasons set forth herein, this Court should grant this motion and extend by an additionally sixty days the deadline for serving the known individual defendants and retroactively extend the initial deadline in order to accept service upon the District of Columbia as proper.

Respectfully Submitted,

/s/ Ian A. Williams
Ian A. Williams #417772
717 D Street, N.W.
Suite 400
Washington, D.C. 20004
(202) 842-2700

(Attorney for plaintiffs
 Rufus Davis and
 Michael Dotson)

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent electronically via case express by first-class mail, postage prepaid on the  19th  day of November, 2007 to the Office of the Attorney General for the District of Columbia, General Litigation Section, 441 Fourth Street, N.W., Sixth Floor South, Washington, D.C. 20001.

/s/Ian Williams
Ian A. Williams

3

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| Rufus Davis, et. al. | ) | Case No. CA 2007 006312 B |
| | ) | Judge Terrell |
| v. | ) | Calendar Five |
| | ) | Sched. Conf.: January 4, 2008 |
| Keith Blakeley, et al. | ) | |

## SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES

1. SCR 4(m).

2. The record herein.

Respectfully Submitted,

__/s/ Ian A. Williams___
Ian A. Williams #417772
717 D Street, N.W.
Suite 400
Washington, D.C. 20004
(202) 842-2700

(Attorney for plaintiffs
 Rufus Davis and
 Michael Dotson)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was sent electronically via case express by first-class mail, postage prepaid on the 19th day of November, 2007 to the Office of the Attorney General for the District of Columbia, General Litigation Section, 441 Fourth Street, N.W., Sixth Floor South, Washington, D.C. 20001.

__/s/Ian Williams___
Ian A. Williams

4

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| Rufus Davis, et. al. | ) | Case No. 2007 CA 006312 B |
| | ) | Judge Terrell |
| v. | ) | Calendar Five |
| | ) | Sched. Conf.: January 4, 2008 |
| Keith Blakeley, et al. | ) | |

## ORDER

WHEREUPON having considered plaintiff's Motion Extend Service Deadline Upon Individual Defendants and Accept Service Upon Municipal Defendant Beyond Deadline, the memorandum in support thereof and the record herein it is

ORDERED that plaintiffs' motion be and is GRANTED,

FURTHER ORDERED that service upon the District of Columbia is hereby deemed proper and timely and it is

FURTHER ORDERED that plaintiffs shall have sixty (60) days from the date of this Order to serve the individual defendants.

_____
Hon. Mary Terrell

_____
Date

copies to:

OFFICE OF THE ATTORNEY GENERAL
FOR THE DISTRICT OF COLUMBIA
General Civil Litigation Division
441 Fourth Street, N.W.
Suite 600 South
Washington, D.C. 20001

Ian A. Williams, Esquire
717 D Street, N.W.
Suite 400
Washington, D.C. 20004

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| Rufus Davis, et. al. ) | Case No. 2007 CA 6312 B |
| ) | Judge Terrell |
| v. ) | Calendar Five |
| ) | Sched. Conf.: January 4, 2008 |
| Keith Blakeley, et al. ) | |

## MOTION TO LATE FILE MOTION TO EXTEND TIME TO SERVE INDIVIDUAL DEFENDANTS AND TO ACCEPT SERVICE UPON MUNICIPAL DEFENDANT

Plaintiffs Rufus Davis and Michael Dotson, by and through their attorney and pursuant to SCR 6, hereby moves for an additional time to file a motion under SCR 4(b) to extend the deadline for serving the individual defendants in this case and to accept retroactively the service affected upon the District of Columbia two days after such deadline expired. Plaintiffs have not been able to seek, let alone obtain, consent for this motion because the District of Columbia was just served and the individual defendants have not been served. In support of this motion, plaintiffs state as follows:

1. On September 14, 2007 plaintiffs filed suit against MPD Officers Keith Blakely, Larry Murchison, Ali-Baba Roberts, various John Doe MPD police officers and the District of Columbia for, inter alia, use of excessive, dangerous force assault, battery, false arrest and violation of constitutional rights (42 U.S.C. 1983) based on a September 18, 2006 incident in the 4200 block of Brooks Street, N.E., Washington, D.C. in which Mr. Davis was shot almost fatally and Mr. Dotson was placed in extreme fear of same.

2. On November 16, 2007 plaintiffs obtained personal service upon the District of Columbia. Exhibit One. Service was only two days late and occurred one business day ago. The District has not yet answered. The deadline for serving the three known individual officers was November 14, 2007 and plaintiffs need sixty more days to serve them.

1

4. Plaintiffs seek to file a motion to extend the service deadline as to the individual officers by an additional sixty (60) days and to retroactively accept the November 16, 2007 service upon the District of Columbia as timely. <u>Exhibit Two</u>. As set forth in that motion, financial hardship and concern about the interplay between Mr. Davis' Fifth Amendment rights is the primary reason for the delay.

5. As also set forth in the substantive motion the undersigned inadvertently failed to seek additional time three business days ago primarily because he had to file a brief in the D.C. Court of Appeals on the date the motion would have been due and another brief less than one week earlier. Three business days after the deadline's passage, however, the undersigned addressed the matter and prepared the instant motion. Thus good cause exists for allowing plaintiff to seek leave to extend the service deadline

6. This Court should grant this motion and consider the attached substantive motion on its merits because none of the defendants will suffer any substantive prejudice as the motion is only late by three business days, the District has been served and the undersigned is confident service upon the individual officers will occur shortly. More importantly, the jurisprudential axiom that favors the resolution of matters based upon their merits further compels this Court to grant this motion.

WHEREFORE, for the reasons set forth herein, this Court should grant this motion and allow plaintiffs to file their Motion to Extend Time to Serve Individual Defendants and to Accept Service Upon Municipal Defendant and to treat such motion as timely filed.

Respectfully Submitted,

/s/ Ian A. Williams
Ian A. Williams #417772
717 D Street, N.W.
Suite 400
Washington, D.C. 20004
(202) 842-2700

(Attorney for plaintiffs
Rufus Davis and
Michael Dotson)

## CERTIFICATE OF SERVICE

I hereby certify on this __19th__ day of November, 2007 that a copy of the foregoing was sent via first-class mail, postage prepaid to the Office of the Attorney General for the District of Columbia, General Litigation Section, 441 Fourth Street, N.W., Sixth Floor South, Washington, D.C. 20001.

/s/ Ian A. Williams
Ian A. Williams

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| Rufus Davis, et. al. | ) | Case No. 2007 CA 006312 B |
| | ) | Judge Terrell |
| v. | ) | Calendar Five |
| | ) | Sched. Conf.: January 4, 2008 |
| Keith Blakeley, et al. | ) | |

<u>MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO LATE FILE MOTION TO EXTEND TIME TO SERVE INDIVIDUAL DEFENDANTS AND TO ACCEPT SERVICE UPON MUNICIPAL DEFENDANT</u>

1. SCR 6(b)(2)

2. SCR 4(m)

3. The record herein.

Respectfully Submitted,

/s/ Ian A. Williams
Ian A. Williams #417772
717 D Street, N.W.
Suite 400
Washington, D.C. 20004
(202) 842-2700

(Attorney for plaintiffs
Rufus Davis and
Michael Dotson)

<u>CERTIFICATE OF SERVICE</u>

I hereby certify on this <u>19th</u> day of November, 2007 that a copy of the foregoing was sent via first-class mail, postage prepaid to the Office of the Attorney General for the District of Columbia, General Litigation Section, 441 Fourth Street, N.W., Sixth Floor South, Washington, D.C. 20001.

/s/Ian A. Williams
Ian A. Williams

4

IN THE SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

| | | |
|---|---|---|
| Rufus Davis, et. al. | ) | Case No. 2007 CA 006312 B |
| | ) | Judge Terrell |
| v. | ) | Calendar Five |
| | ) | Sched. Conf.: January 4, 2008 |
| Keith Blakeley, et al. | ) | |

ORDER

WHEREUPON having considered plaintiff's Motion to Late File Motion to Extend Service Deadline Upon Individual Defendants and Accept Service Upon Municipal Defendant Beyond Deadline, the memorandum in support thereof and the record herein it is

ORDERED that plaintiffs' motion be and is GRANTED, and it is

FURTHER ORDERED that plaintiff's Motion to Extend Service Deadline Upon Individual Defendants and Accept Service Upon Municipal Defendant Beyond Deadline is hereby accepted as timely filed and it is

FURTHER ORDERED that such motion will be considered on its merits.

_____                                   _____
Hon. Mary Terrell                                                              Date

copies to:

OFFICE OF THE ATTORNEY GENERAL
 FOR THE DISTRICT OF COLUMBIA
General Civil Litigation Division
441 Fourth Street, N.W.
Suite 600 South
Washington, D.C. 20001

Ian A. Williams, Esquire
717 D Street, N.W.
Suite 400
Washington, D.C. 20004

5

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

Plaintiff(s)
Rufus Davis, et al
vs.
Keith Blakely, et al
Defendant(s)

Civil Action No. 2007 CA 6312 B

### AFFIDAVIT OF SERVICE BY PROCESS SERVER

I, Amberlynn Porter, having been duly authorized to make service of the Summons, Complaint and Initial Order in the above entitled case, hereby depose and say:

That my age and date of birth are as follows: 22; February 24, 1985

That my residential or business address is: 717 D Street, N.W., Suite 400 Washington, D.C. 20004

That at _____ o'clock am/pm on the 16th day of November 2007

[ ] I served the above named defendant(s) (personally) _____ (defendant's name) a copy of the Summons, Complaint and Initial Order at _____

[X] I served the above named defendant (s) District of Columbia (defendant's name) by leaving a copy of the Summons, Complaint and Initial Order at his/her place of abode or business at 441 Fourth Street, Sixth Floor South, Washington, D.C. 20005 with an African-American Woman 5'5", a person of approximately 45 years of age, who stated that he/she resides therein with the defendant.
(150 lbs./ Name not given)

If return receipt does not purport to be signed by the party named in the Summons, then state specific facts from which the Courts can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as required by SCR. Civ. 4 (e) (2).

SPECIFIC FACTS: Served upon African-American Woman, who was about 5'5", 150 lbs approximately 45 years old

Signature x Amberlynn Q. Porter

Subscribed and sworn to before me this 16th day of November, 2007

Deputy Clerk/Notary Public

[Notary Seal: GENA MAZANEC, NOTARY PUBLIC, MY COMMISSION EXPIRES 11/30/08, COMMONWEALTH OF VIRGINIA]

## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

## CIVIL DIVISION

Plaintiff(s)
Rufus Davis, et al
vs.
Keith Blakely, et al
Defendant(s)

Civil Action No. 2007 CA 6312 B

### AFFIDAVIT OF SERVICE BY PROCESS SERVER

I, Amberlynn Porter, having been duly authorized to make service of the Summons, Complaint and Initial Order in the above entitled case, hereby depose and say:

That my age and date of birth are as follows: 22, February 24, 1985

That my residential or business address is: 717 D Street, N.W., Suite 400 Washington, D.C. 20004

That at 3:00 o'clock am/pm on the 16th day of November 2007

( ) I served the above named defendant(s) (personally) _____ (defendant's name) a copy of the Summons, Complaint and Initial Order at _____

(X) I served the above named defendant(s) District of Columbia ~~Aletha Thompson~~ (defendant's name) by leaving a copy of the Summons, Complaint and Initial Order at his/her place of abode or business at 1350 Pennsylvania Avenue, N.W., Washington, D.C. 20001 with Aletha Thompson a person of approximately 35 years of age, who stated that he/she resides therein with the defendant.

If return receipt does not purport to be signed by the party named in the Summons, then state specific facts from which the Courts can determine that the person who signed the receipt meets the appropriate qualifications for receipt of process as required by SCR. Civ. 4 (e) (2).

SPECIFIC FACTS:

Subscribed and sworn to before me this 16th day of November, 2007

Signature: Amberlynn Q. Porter

Deputy Clerk/Notary Public