UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **RUFUS DAVIS**, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | C.A. No. 07-2262 (RWR) |
| ) | |
| v. ) | |
| ) | |
| **KEITH BLAKELY**, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**NOTICE**

The District of Columbia hereby withdraws its Partial Motion to Dismiss, and will be filing an Amended Answer to the Complaint forthwith.

Respectfully submitted,

PETER J. NICKLES
Interim Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

   /s/  Nicole L. Lynch
NICOLE L. LYNCH (471953)
Chief, Section II

   /s/  Shana L. Frost
SHANA L. FROST (458021)
Assistant Attorney General
441 4th Street, NW, 6th Floor South
Washington, DC 20001
(202) 724-6534
Fax: (202) 727-3625
shana.frost@dc.gov