UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Rufus Davis, et. al. | ) | C.A. No. 07-2262 (RWR) |
| | ) | |
| v. | ) | |
| | ) | |
| Keith Blakeley, et al. | ) | |

MOTION TO EXTEND TIME FOR SERVICE UPON INDIVIDUAL DEFENDANTS

    Plaintiffs Rufus Davis and Michael Dotson, by and through their attorney, hereby move for an extension of time to serve the individual defendants despite passage of the 120 day deadline set forth in Fed.R.Civ.P.4. Defendant District of Columbia does not consent. Nonetheless, this motion should be granted for the following reasons:

    1. On September 14, 2007 plaintiffs filed suit in the Superior Court of the District of Columbia against Metropolitan Police Officers Keith Blakely, Larry Murchison, Ali-Baba Roberts, various John Doe MPD police officers and the District of Columbia for, inter alia, use of excessive, dangerous force assault, battery, false arrest and violation of constitutional rights (42 U.S.C. 1983) based on a September 18, 2006 incident in the 4200 block of Brooks Street, N.E., Washington, D.C. in which Mr. Davis was shot almost fatally and Mr. Dotson was placed in extreme fear of same.

    2. As set forth in the Complaint, the individual officers are the primary tortfeasors. The District of Columbia's liability is based primarily on a respondeat superior theory.

    3. On or around November 19, 2007 the individual officers had still not been personally served and the undersigned attorney filed a motion in Superior Court seeking to extend the sixty (60) day deadline set forth in SCR 4(m).

    4. The Superior Court had not considered the motion to extend service when the District of Columbia removed the case to this Court pursuant to 28 U.S.C. 1331 on December 17, 2007. The undersigned did not learn about the action's removal until early January, 2008. The District of

Columbia has since answered the Complaint.

      6. The individual officers were not timely served initially because the cost of serving police officers is usually substantial, or at least more so than most civilian defendants, and the plaintiffs had not at that time raised sufficient funds to pay for that expense.  As with many 1983 cases, the primary plaintiff was incarcerated awaiting trial based upon criminal allegations that arose from the same incident that gives rise to this action.  Mr. Davis remains incarcerated at this time, but plaintiffs are now in a position to serve the individual officers.  Further delay since December 17, 2007 was occasioned because the undersigned was waiting for this Court to consider the pending motion and mistakenly believed that it would act upon the motion and that it was appropriate to delay efforts to affect service until after that time.

      7. The undersigned is confident that service can be affected within sixty days, particularly as the undersigned has hired a very skilled investigator well experienced with the special efforts often needed to serve police officers.  Therefore, good cause exists to extend the service deadline and it is respectfully requested that the Court extend the deadline for the individual officers to April 21, 2008.

      WHEREFORE, for the reasons set forth herein, this Court should grant this motion and extend by an additional sixty days the deadline for serving the known individual defendants.

        /s/Ian A. Williams  
      Ian Williams #417772  
      Jerry Ray Smith #448669  
      717 D Street, N.W.  
      Suite 400  
      Washington, D.C. 20004  
      (202) 842-2700  

      (Attorney for plaintiffs  
        Rufus Davis and

          Michael Dotson)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Rufus Davis, et. al. | ) | C.A. No. 07-2262 (RWR) |
| | ) | |
| v. | ) | |
| | ) | |
| Keith Blakeley, et al. | ) | |

SUPPORTING MEMORANDUM OF POINTS AND AUTHORITIES

1. Fed.R.Civ.P. 4(m).

2. The record herein.

          Respectfully Submitted,

          __/s/Ian A. Williams_____
          Ian A. Williams #417772
          Jerry Ray Smith #448699
          717 D Street, N.W.
          Suite 400
          Washington, D.C. 20004
          (202) 842-2700

          (Attorneys for plaintiffs
           Rufus Davis and
           Michael Dotson)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Rufus Davis, <u>et</u>. <u>al</u>. | ) | C.A. No. 07-2262 (RWR) |
| | ) | |
| v. | ) | |
| | ) | |
| Keith Blakeley, <u>et</u> <u>al</u>. | ) | |

ORDER

WHEREUPON having considered plaintiff's Motion to Enlarge Time For Serving The Individual Defendants, the memorandum in support thereof and the record herein it is this _____ day of _____, 2008 and having found that good cause supports the motion it is hereby,

ORDERED that plaintiffs' motion be and is GRANTED, and it is

FURTHER ORDERED that the deadline for serving process on the individual defendants shall be and is extended to April 21, 2008.

_____
Hon. Richard W. Roberts
United States District Judge