UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Rufus Davis, et. al. | ) | C.A. No. 07-2262 (RWR) |
| | ) | |
| v. | ) | |
| | ) | |
| Keith Blakely, et. al. | ) | |

## NOTICE OF FILING

Plaintiffs Rufus Davis and Michael Dotson, by and through their attorney and pursuant to Fed. R. Civ. P. 4(l) hereby submits the attached affidavits of service indicating that service has been effected upon all three named individual defendants.

Respectfully Submitted,

\_\_\_/s/\_\_\_
Ian A. Williams #417772
717 D Street, N.W.
Suite 400
Washington, D.C. 20004
(202) 842-2700

(Attorney for plaintiffs
 Rufus Davis and
 Michael Dotson)

1

# UNITED STATES DISTRICT COURT
## District of Columbia

Rufus Davis, et. al.

**SUMMONS IN A CIVIL CASE**

V.

Keith Blakely, et. al

CASE NUMBER: CA No. 07-2262 (RWR)

TO: (Name and address of Defendant)

Larry Murchison
300 Indiana Avenue, N.W.
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ian A. Williams
717 D Street, N.W.
Suite 400
Washington, D.C. 20004
(202) 842-2700

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                         MAR 05 2008

CLERK                                           DATE

*Jackie Francis*
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | March 18, 2008 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| OLGA DENISE SHEPPERD | Program Asst. |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: 7th District Police Station 2455 Alabama Ave S.E. Washington DC 20020 @ 11:00 A.M.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/18/08
Date

Signature of Server: *Olga Denise Shepperd*

Address of Server: 2494 Alabama Ave S.E. #202 Washington DC 20020

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Rufus Davis, et. al.

**SUMMONS IN A CIVIL CASE**

V.

Keith Blakely, et. al

CASE NUMBER: CA No. 07-2262 (RWR)

TO: (Name and address of Defendant)

Ali Baba-Roberts
300 Indiana Avenue, N.W.
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ian A. Williams
717 D Street, N.W.
Suite 400
Washington, D.C. 20004
(202) 842-2700

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON

CLERK

DATE: MAR 05 2008

(By) DEPUTY CLERK *Jackie Francis*

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | March 16, 2008 |
| NAME OF SERVER (PRINT) OLGA DENISE SHEPPERD | TITLE Program Assistant |

_Check one box below to indicate appropriate method of service_

☒ Served personally upon the defendant. Place where served: 6th District Police Station 42nd & Benning Road N.E. Washington DC @ 2:40 P.M.

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  March 16, 2008    _Olga Denise Sheppard_
              Date                Signature of Server

2494 Alabama Ave S.E. #202
Address of Server
Washington DC 20020

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Rufus Davis, et. al.

**SUMMONS IN A CIVIL CASE**

V.

Keith Blakely, et. al

CASE NUMBER: CA No. 07-2262 (RWR)

TO: (Name and address of Defendant)

n  Keith Blakely
   300 Indiana Avenue, N.W.
   Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Ian A. Williams
717 D Street, N.W.
Suite 400
Washington, D.C. 20004
(202) 842-2700

an answer to the complaint which is served on you with this summons, within __20__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                          MAR 05 2008

CLERK                                            DATE

*Jackie Frany*
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | March 17th @ 3:39 P.M. |
| NAME OF SERVER (PRINT) OLGA DENISE Shepperd | TITLE PROGRAM Asst. |

_Check one box below to indicate appropriate method of service_

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: Asst. Chief Burke of the Metropolitan Police Dept

☐ Returned unexecuted: _____

☒ Other (specify): Accepted by Asst. Chief Burke for Sgt Keith Blakely. He has been Authorized by the Chief to accept all service in his behalf due to Police Procedures now in effect for officers.

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL 75.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on March 17th 2008    _Olga Denise Shepperd_
Date                              Signature of Server

0470 Alabama Ave. S.E. #202
Washington DC 20020
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.