UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Rufus Davis, et. al. ) | C.A. No. 07-2262 (RWR) |
| ) | |
| v. ) | |
| ) | |
| Keith Blakely, et. al. ) | |

NOTICE OF VOLUNTARY DISMISSAL

Plaintiffs Rufus Davis and Michael Dotson, by and through their attorney and pursuant to Fed. R. Civ. P. 41(a) (l) and hereby dismisses all claims against defendant Ali-Baba Roberts only.

Respectfully Submitted,

__/s/_____
Ian A. Williams #417772
717 D Street, N.W.
Suite 400
Washington, D.C. 20004
(202) 842-2700

(Attorney for plaintiffs
 Rufus Davis and
 Michael Dotson)

1